UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THINH NGUYEN d/b/a THRIFTY CITI,

    Plaintiff,

v.                                                    Docket No. 2:16-cv-02927

NORTHLAND INSURANCE COMPANY and
NORTHFIELD INSURANCE COMPANY,

    Defendants.

## NOTICE OF DISMISSAL

Plaintiff submits this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not yet answered this lawsuit. Also, this lawsuit is moot given that the underlying lawsuit has been resolved.

                                                             Respectfully submitted,

                                                             s/Malcolm B. Futhey III
                                                             Malcolm B. Futhey III
                                                             THE FUTHEY LAW FIRM PLC
                                                             1440 Poplar Avenue
                                                             Memphis, Tennessee 38104
                                                             901-725-7525
                                                             901-288-7117(c)
                                                             malcolm@futheylawfirm.com

                                                             Counsel for Plaintiff

Certificate of Service

      I hereby certify that a copy of the foregoing has been sent this 5th day of February 2021 via U.S. Mail, postage prepaid, to the following:

Kevin D. Bernstein, Esq.
Spicer Rudstrom, PLLC
119 South Main, Suite 700
Memphis, Tennessee 38103
kdb@spicerfirm.com

                                              /s/Malcolm B. Futhey III