IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**THINH NGUYEN d/b/a**
**THRIFTY CITI,**

    Plaintiff,

v.                               No. 2:16-cv-02927-SHM/atc

**NORTHLAND INSURANCE COMPANY**
**and NORTHFIELD INSURANCE**
**COMPANY,**

    Defendants.

---

## ORDER OF DISMISSAL

---

Before the Court is Plaintiff's February 5, 2021 notice of voluntary dismissal (D.E. 18). For good cause shown, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is DISMISSED.

SO ORDERED this 8th day of February, 2021.

                                          */s/ Samuel H. Mays, Jr.*
                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE